DAVID B. WHITMAN
Attorney at Law (SBN 52890)
405 14th St., #1011
Oakland, CA 94612
(510) 435-6242

Attorney for: DEFENDANT,
JEFFREY AULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY AULT,

    Defendant.

CASE NO.: CR06-00717 (JHL)

FACTS AND STIPULATION PERMITTING DEFENDANT TO TRAVEL OUTSIDE DISTRICT

AND ORDER

## FACTS

On November 1, 2006, defendant JEFFREY AULT was released on his own recognizance, with the condition that he not leave this judicial district without prior consent.

The Assistant U.S. Attorney has stipulated that defendant may travel to his mother's residence, in Atlanta, GA, for Christmas.

Defendant will leave on December 20, 2006 and return on December 27, 2006.

Upon defendant's return, he will continue to remain in the area restricted by the Court.

## STIPULATION

The Assistante U.S. Attorney, ALICIA FENRICK, and defendant JEFFREY AULT, through his

Facts & Stipulation      Page 1

attorney, DAVID B. WHITMAN, stipulate that with the Court's permission, defendant is allowed to leave California, on December 20, 2006 and travel to Atlanta, GA, so long as he returns to California by December 27, 2006.

DATED: 12/14/2006

DAVID B. WHITMAN
Attorney for Defendant

DATED: 12/19/06

ALICIA FENRICK
Asst. U.S. Attorney



Facts & Stipulation

Page 2